UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CRIMINAL ACTION NO.: 3:09-CR-0222-B |
| KESHONNA HUNNICUTT-LEFTRICK   Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and **DENIES** Defendant's Motion to Change Method by Which Balance of Sentence is Served (Doc. 76).

SO ORDERED this 2nd day of October, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE